## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

GRACE CHRISTINE LUCERO,

     Plaintiff,

    -vs-                      No. Civ. 15-1098 LH/LF

ALLSTATE INSURANCE COMPANY,

     Defendant.

## FINAL JUDGMENT

In accordance with FED. R. CIV. P. 58(a), and consistent with the Order of Dismissal with Prejudice (ECF No. 118), entered February 13, 2017, wherein Plaintiffs claim against Defendant Allstate was dismissed with prejudice, with the parties each to bear their own costs and attorney's fees, this Final Judgment adjudicates all existing claims and liabilities of the parties,

**IT IS ORDERED** that this matter is **DISMISSED WITH PREJUDICE**.

_____

SENIOR UNITED STATES DISTRICT JUDGE